EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

MARK E. RECKTENWALD
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at 2 o'clock and 55 min PM
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00268 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 656] |
| BELINA COSTALES ZAMORA, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about March 26, 2001, in the District of Hawaii, BELINA COSTALES ZAMORA, Defendant herein, being an employee of Bank of Hawaii, an institution insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud said institution, did knowingly and willfully embezzle, abstact,

purloin and misapply $7,020.00 of the moneys and funds belonging to and intrusted to the care of said institution, in that she took those funds from an account of Miguel M. without authorization and for her own purposes and benefit.

All in violation of Title 18, United States Code, Section 656.

### COUNT 2

The Grand Jury further charges that:

On or about August 15, 2000, in the District of Hawaii, BELINA COSTALES ZAMORA, Defendant herein, being an employee of Bank of Hawaii, an institution insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud said institution, did knowingly and willfully embezzle, abstact, purloin and misapply $3,000.00 of the moneys and funds belonging to and intrusted to the care of said institution, in that she took those funds from an account of Prisca and Alejandro L. without authorization and for her own purposes and benefit.

All in violation of Title 18, United States Code, Section 656.

### COUNT 3

The Grand Jury further charges that:

On or about February 7, 2001, in the District of Hawaii, BELINA COSTALES ZAMORA, Defendant herein, being an employee of Bank of Hawaii, an institution insured by the Federal

Deposit Insurance Corporation, with intent to injure and defraud said institution, did knowingly and willfully embezzle, abstact, purloin and misapply $7,902.48 of the moneys and funds belonging to and intrusted to the care of said institution, in that she took those funds from an account of Santiago S. without authorization and for her own purposes and benefit.

All in violation of Title 18, United States Code, Section 656.

## COUNT 4

The Grand Jury further charges that:

On or about July 17, 2000, in the District of Hawaii, BELINA COSTALES ZAMORA, Defendant herein, being an employee of Bank of Hawaii, an institution insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud said institution, did knowingly and willfully embezzle, abstact, purloin and misapply $3,500.00 of the moneys and funds belonging to and intrusted to the care of said institution, in that she took those funds from an account of Itsuyo and Kazuto H., without authorization and for her own purposes and benefit.

All in violation of Title 18, United States Code, Section 656.

## COUNT 5

The Grand Jury further charges that:

3

On or about July 6, 2000, in the District of Hawaii, BELINA COSTALES ZAMORA, Defendant herein, being an employee of Bank of Hawaii, an institution insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud said institution, did knowingly and willfully embezzle, abstact, purloin and misapply $1,500.00 of the moneys and funds belonging to and intrusted to the care of said institution, in that she took those funds from an account of Toichi and Masako Y., without authorization and for her own purposes and benefit.

All in violation of Title 18, United States Code, Section 656.

DATED: June 20, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

MARK E. RECKTENWALD
Assistant U.S. Attorney

United States v. BELINA COSTALES ZAMORA,
CR. No. _____; "INDICTMENT"